John R. PURNELL, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 369, 2016

Supreme Court of Delaware.

Submitted: November 14, 2016
Decided: December 14, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0904003193

DISMISSED.